

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2015

No. 04-15-00270-CR

**EX PARTE** Timothy **CAMPBELL**,

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 484926
Honorable Crystal D. Chandler, Judge Presiding

# O R D E R

This is an accelerated appeal. Timothy Campbell has filed a notice of appeal, stating that he is appealing the denial of his pre-trial application for writ of habeas corpus seeking release because of delay. Appellant states that relief was denied by the trial court on April 14, 2015. Because appellant filed his notice of appeal on April 29, 2015, the clerk's and reporter's records are due to be filed on or before May 14, 2015. *See* TEX. R. APP. P. 31.1.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court